DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CRYSTAL J. SAYCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2856

_____

December 12, 2025

Appeal from the Circuit Court for Pinellas County; Aaron W. Hubbard, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee

PER CURIAM.

        Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.